# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PACKET INTELLIGENCE LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDVINE CORPORATION, and<br>SANDVINE INCORPORATED ULC<br><br>Defendants. | Civil Action No. 2:16-CV-00147 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Packet Intelligence LLC in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this case on February 9, 2018 (Dkt. 66) and the Court's Denial of Plaintiff's Motion for Judgment as a Matter of Law on Infringement and, in the Alternative, Motion for a New Trial dated September 7, 2018 (Dkt. 91).

Included herewith is payment of the filing fee ($5.00) and the docketing fee ($500.00) as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a)(2), Federal Rule of Appellate Procedure 3(e), and the U.S. District Court for the Eastern District of Texas fee schedule.

Dated: October 5, 2018

Respectfully submitted,

*/s/ Steven W. Hartsell*
Paul J. Skiermont (Bar No. 24033073)
Sarah E. Spires (Bar No. 24083860)
Sadaf R. Abdullah (Bar No. 24093500)
Alexander E. Gasser (Bar No. 1022659WI)
Steven W. Hartsell (Bar No. 24040199)
Steve J. Udick (Bar No. 24079884)
**SKIERMONT DERBY LLP**
1601 Elm Street, Suite 4400
Dallas, Texas 75201
Tel. (214) 978-6600

Fax (214) 978-6601
pskiermont@skiermontderby.com
sspires@skiermontderby.com
sabdullah@skiermontderby.com
agasser@skiermontderby.com
shartsell@skiermontderby.com
sudick@skiermontderby.com

William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email : bdavis@bdavisfirm.com

*Counsel for Plaintiff*
*Packet Intelligence LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

By: */s/ Steven W. Hartsell*